

**U.S. PROBATION AND PRETRIAL SERVICES**
WESTERN DISTRICT OF WASHINGTON

07-CR-05001-ORD

RHONDA M. LANGFORD
DEPUTY CHIEF

# MEMORANDUM

DATE: April 29, 2014
TO: The Honorable Ronald B. Leighton, U.S. District Judge
FROM: Andrew J. Lorenzen
U. S. Probation Officer
SUBJECT: Everett James
Case Number: 3:07CR5001-RBL-004
**REQUEST TO STRIKE HEARING**

FILED ____ LODGED ____
____ RECEIVED
MAY 05 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## STATUS:

On February 28, 2014, Mr. James appeared before Your Honor to be sentenced following his violations of supervised release, specifically, consuming alcohol and failing to comply with a curfew on the location monitoring program. As a condition of supervision, the Court directed the defendant to reside at a residential re-entry center (RRC) for up to 120 days. Due to the unavailability of re-entry center beds by the time of the defendants scheduled release on April 21, 2014, this officer requested a hearing to delete the condition requiring Mr. James to reside at an RRC, and add a condition for 120 days of home confinement with location monitoring. Accordingly, the Court scheduled a hearing on May 22, 2014. However, since the time of that request, the probation officer was able to secure a bed for Mr. James at the RRC. Thus, the issue of requiring Mr. James be placed on home confinement is moot and there is no longer a reason to have a hearing. Counsel has been notified of this request to cancel the hearing, and voiced no objections.

## RECOMMENDATION:

It is respectfully recommended that the hearing regarding modification of Mr. James' conditions of supervised release scheduled for May 22, 2014, be stricken.

I swear under penalty of perjury that the following is true and correct.
Executed on this 29th day of April, 2014.

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:
Brenda L. Amundson
_____
Brenda L. Amundson
Supervising U.S. Probation Officer

_____
Andrew J. Lorenzen
U.S. Probation Officer

IT IS SO ORDERED THIS 5 DAY OF May 2014

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES COURTHOUSE
700 STEWART STREET • SEATTLE, WA 98101
TELEPHONE (206) 370-8550 • FAX (206) 370-8551

TACOMA UNION STATION COURTHOUSE
1717 PACIFIC AVENUE • TACOMA, WA 98402
TELEPHONE (253)882-3730 • FAX (253) 882-3731